Case 0:22-cv-61076-BB   Document 1-2   Entered on FLSD Docket 06/07/2022   Page 1 of 37



**BRENDA D. FORMAN**
CLERK OF THE COURTS
browardclerk.org ■ BROWARD COUNTY, FLORIDA

Menu ☰

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖨 Print

---

## Nubia Rincon Soto Plaintiff vs. Tacos Davie Co, et al Defendant

**Broward County Case Number:** CACE22005241
**State Reporting Number:** 062022CA005241AXXXCE
**Court Type:** Civil
**Case Type:** Other
**Incident Date:** N/A
**Filing Date:** 04/11/2022
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 14 Rodriguez, Carlos Augusto

---

— Party(ies)                                                                 Total: 4

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|------------|------------|-----------|-----------------------------------------------|

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Rincon Soto, Nubia** | | ★ Perera, Jorge Freddy<br>Retained<br>Bar ID: 93625<br>12555 Orange Dr.<br>Second Floor<br>Davie, FL 33330<br>**Status: Active** |
| Defendant | **Tacos Davie Co** | | |
| Defendant | **Cedeno, Juan F.** | | |
| Defendant | **Torossi Palumbi, Jill T.** | | |

### ▬ Disposition(s)                       Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

### ▬ Event(s) & Document(s)                Total: 10

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/11/2022 | **Summons Returned Served** | 10th day of May, 2022<br>Party: *Defendant*<br>Cedeno, Juan F. | 📄 | 4 |
| 05/10/2022 | **Summons Returned Served** | 9th day of May, 2022 at<br>11:48 am<br>Party: *Defendant* Torossi<br>Palumbi, Jill T. | 📄 | 4 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 05/10/2022 | **Summons Returned Served** | 9th day of May, 2022 at 11:48 am<br>Party: *Defendant* Tacos Davie Co | 📄 | 4 |
| 04/14/2022 | **eSummons Issuance** | TACOS DAVIE, CO | 📄 | 3 |
| 04/14/2022 | **eSummons Issuance** | JILL T. TOROSSI PALUMBI | 📄 | 3 |
| 04/14/2022 | **eSummons Issuance** | JUAN F. CEDENO | 📄 | 3 |
| 04/13/2022 | **No Summons Issued** | | | |
| 04/11/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 04/11/2022 | **Civil Cover Sheet** | Amount: $30,001.00 | 📄 | 3 |
| 04/11/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Rincon Soto, Nubia | 📄 | 16 |

— Hearing(s)                                                                Tot

> There is no Disposition information available for this case.

— Related Case(s)                                                         Total: 0

> There is no related case information available for this case.

# Brenda D. Forman

## Clerk of Court

Broward County

17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                    ›

 (https://www.facebook.com/browardclerkofcourts/)

## Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)          ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                                 ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)   ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)                    ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)                           ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)                             ♿

PRINT                                                                          🖨

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)  »

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) ›
*PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) ›
*PURSUANT TO RULE 2.420*                                                      ⌃

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public
records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.

Filing # 147471309 E-Filed 04/11/2022 04:40:07 PM

## FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Nubia Rincon Soto</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Tacos Davie, Co., Juan F. Cedeno, Jill T. Torossi Palumbi</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☒ Nonmonetary declaratory or injunctive relief;
    ☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
    (Specify)

     <u>9</u>

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ yes
        ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

    **IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
        ☐ yes
        ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Jorge Freddy Perera</u>        Fla. Bar # <u>93625</u>
       Attorney or party            (Bar # if attorney)

<u>Jorge Freddy Perera</u>        <u>04/11/2022</u>
(type or print name)        Date

## IN THE 17TH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: _____

**NUBIA RINCON SOTO,**
and those similarly situated,

     Plaintiff(s),

v.

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO**, individually, and
**JILL T. TOROSSI PALUMBI**, individually,

     Defendants.

_____/

### COMPLAINT

Plaintiff, **NUBIA RINCON SOTO** ("Plaintiff"), by and through undersigned counsel, on her behalf and on behalf of all others similarly situated, hereby files this Complaint and sues Defendants, **TACOS DAVIE, CO** ("Tacos Davie") and **JUAN F. CEDENO** ("Cedeno"), individually, and **JILL T. TOROSSI PALUMBI** ("Palumbi"), individually, ("Tacos Davie", "Cedeno", and "Palumbi" are collectively referred to as "Defendants") and alleges as follows:

### INTRODUCTION

1.     This is an action by Plaintiff and all others similarly situated for unpaid overtime wages and minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA").

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

2. Further, this is an action by Plaintiff and all others similarly against Defendants for unpaid minimum wages pursuant to the Florida Minimum Wage Act, Chapter 448 of the Florida Statutes ("FMWA").

3. Plaintiff and all others similarly situated seek damages within this Court's jurisdiction, reasonable attorneys' fees and costs pursuant to the FLSA and FMWA, and all other remedies allowable by law.

## PARTIES, JURISDICTION AND VENUE

4. Plaintiff is an individual over the age of eighteen (18) and is otherwise *sui juris.*

5. Plaintiff was formerly employed by Defendants and performed work for Defendants in Broward County, Florida.

6. Defendant Tacos Davie a for-profit corporation operating out of Broward County, Florida, was at all material times authorized to conducts its for-profit business in Florida, as well as other states, and it is otherwise *sui juris.*

7. Defendant Cedeno was at all times material hereto an owner and operator of the corporate Defendant Tacos Davie for the relevant time period. Defendant Cedeno ran or otherwise oversaw the day-to-day operations of the corporate Defendant Tacos Davie, was involved in establishing the business of the corporate Defendant Tacos Davie, had supervisory authority over Plaintiff, was partially or totally responsible for paying Plaintiff's wages, and had the power to separate Plaintiff from her employment.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

8. Defendant Palumbi was at all times material hereto an owner and operator of the corporate Defendant Tacos Davie for the relevant time period. Defendant Palumbi ran or otherwise oversaw the day-to-day operations of the corporate Defendant Tacos Davie, was involved in establishing the business of the corporate Defendant Tacos Davie, had supervisory authority over Plaintiff, was partially or totally responsible for paying Plaintiff's wages, and had the power to separate Plaintiff from her employment.

9. Defendants were Plaintiff's direct employers, joint employers, and co-employers as defined by the FLSA and FMWA.

10. Venue is proper in this Court because Defendants transact business in Broward County, Florida, Defendants maintain a principal place of business in Broward County, Florida, Defendants employed Plaintiff in Broward County, Florida, and the claims arose within Broward County, Florida.

11. All conditions precedent to this action have been satisfied by Plaintiff, waived by Defendants, or occurred.

## GENERAL ALLEGATIONS

12. At all times material hereto, Defendants were, and continue to be, an "employer" within the meaning of 29 U.S.C. § 203 (d).

13. At all times material hereto, Plaintiff was an "employee" within the meaning of the Fair Labor Standards Act ("FLSA").

14. Upon information and belief, Defendant Taco Davie's annual gross income significantly exceeds the $500,000.00 annual income threshold set for

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

enterprise coverage under the FLSA in 2021 and expected to exceed the $500,000.00 threshold during 2022.

15.     At all relevant times, Defendant Tacos Davie employed two or more employees that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

16.     Upon information and belief, Defendant Tacos Davie obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do business, transmitted funds outside of the State of Florida and used electronic means to market and run their business internationally (i.e., sales).

17.     Defendant Tacos Davie, at all material and relevant times, was engaged in interstate commerce and subject to enterprise coverage under the FLSA.

**BACKGROUND**

18.     Plaintiff began working for Defendants on or about September 10, 2021 until on or about March 4, 2022.

19.     During her employment with Defendants, Plaintiff was generally compensated at a rate of $9.00 per hour.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

20.   During her employment with Defendants and despite Defendants' knowledge of her work hours, Plaintiff would work beyond forty (40) hours per week but would not receive full/proper overtime wages.

21.   At the start of Plaintiff's employment, Defendant Cedeno informed Plaintiff that the company does not pay overtime. True to his word, Defendants failed to pay Plaintiff proper overtime wages.

22.   When Plaintiff worked overtime hours, Defendants only paid Plaintiff at her straight rate of pay of $9.00, thus failing to include the applicable halftime rate, accounting for all relevant compensation received by Plaintiff.

23.   During her employment, Defendants' managers, including Cedeno, would regularly deduct from Plaintiff's earnings varying amounts of money for alleged register shortages, returns, and issues with food.

24.   Defendants' practice of unilaterally deducting from Plaintiff's earnings resulted in Plaintiff receiving less than the federal minimum wage of $7.25 per hour in violation of the FLSA.

25.   Further, since September 30, 2021, when Florida increased its hourly minimum wage threshold to $10.00, Defendants failed to tender Plaintiff at least an hourly rate of $10.00 for each hour worked in violation of the Florida Minimum Wage Act.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

**COUNT I**
**UNPAID OVERTIME VIOLATION AGAINST**
**DEFENDANT TACOS DAVIE UNDER THE FLSA**

26.   Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

27.   Upon information and belief, the annual volume of sales or business for Defendant exceeded $500,000 during 2021 and is expected exceed $500,000 at the conclusion of 2022

28.   As part of its business, Defendant Tacos Davie sold goods and materials that traveled through interstate commerce during the relevant period.

29.   During the relevant period, Defendant Tacos Davie obtained and solicited funds from non-Florida sources (*i.e.,* sales), accepted funds from non-Florida sources, used telephonic and electronic means to market and conduct business outside of the State of Florida, used telephonic and electronic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, and otherwise regularly engaged in interstate commerce.

30.   During the relevant period, Defendant Tacos Davie, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments that were made or processed in connection with sales made inside and outside the state of Florida.

31.   Defendant Tacos Davie engaged in interstate commerce and was subject to the FLSA during all relevant periods.

32.   During Plaintiff's employment with Defendant Tacos Davie, Plaintiff worked over forty (40) hours per week on numerous occasions.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

33.     Despite customarily and regularly working overtime hours, and with knowledge of these overtime hours, Defendant Tacos Davie never compensated Plaintiff at the rate of time-and-a-half for all overtime hours worked.

34.     Defendant Tacos Davie intentionally refused to pay Plaintiff overtime wages she is owed under the FLSA.

35.     Defendant Tacos Davie is in violation of the FLSA and owes Plaintiff backpay.

36.     In addition, Defendant Tacos Davie is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

   a.  Enter judgment against Defendant Tacos Davie under the FLSA;

   b.  Award Plaintiff actual damages for the unpaid overtime wages;

   c.  Award Plaintiff liquidated damages;

   d.  Award Plaintiff attorneys' fees and costs;

   e.  Award Plaintiff all recoverable interest; and

   f.  Award any other relief this Honorable Court deems just and proper.

### COUNT II
### UNPAID OVERTIME VIOLATION AGAINST
### DEFENDANT CEDENO UNDER THE FLSA

37.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

38.   Cedeno operated the day-to-day activities of Defendants' business, had supervisory authority over Plaintiff, had control/access to Plaintiff's records for work hours, and was partially or totally responsible for paying Plaintiff's wages.

39.   Cedeno scrutinized Plaintiff's work and controlled how Plaintiff did her job.

40.   During Plaintiff's employment with Defendants, Plaintiff worked for Defendants over 40 hours per week.

41.   During her employment with Defendants, Plaintiff worked overtime hours for which she was not compensated at a rate of no less than one-and-one-half her regular rate of pay as required by the FLSA.

42.   Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

43.   Cedeno did not compensate Plaintiff for her overtime despite his knowledge of the overtime hours Plaintiff worked.

44.   Cedeno is also jointly and severally liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of his intentional and willful violation of the FLSA for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.   Enter judgment for Plaintiff against Cedeno under the FLSA;

b.   Award Plaintiff actual damages for the unpaid wages;

c.   Award Plaintiff liquidated damages;

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

d.   Award Plaintiff his attorneys' fees and costs;

e.   Award Plaintiff all recoverable interest; and

f.   Award any other relief this Honorable Court deems just and proper.

**COUNT III**
**UNPAID OVERTIME VIOLATION AGAINST**
**DEFENDANT PALUMBI UNDER THE FLSA**

45.   Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

46.   Palumbi operated the day-to-day activities of Defendants' business, had supervisory authority over Plaintiff, had control/access to Plaintiff's records for work hours, and was partially or totally responsible for paying Plaintiff's wages.

47.   Palumbi scrutinized Plaintiff's work and controlled how Plaintiff did her job.

48.   During Plaintiff's employment with Defendants, Plaintiff worked for Defendants over 40 hours per week.

49.   During her employment with Defendants, Plaintiff worked overtime hours for which she was not compensated at a rate of no less than one-and-one-half her regular rate of pay as required by the FLSA.

50.   Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

51.   Palumbi did not compensate Plaintiff for her overtime despite her knowledge of the overtime hours Plaintiff worked.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

52.     Palumbi is also jointly and severally liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of her intentional and willful violation of the FLSA for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.   Enter judgment for Plaintiff against Palumbi under the FLSA;

b.   Award Plaintiff actual damages for the unpaid wages;

c.   Award Plaintiff liquidated damages;

d.   Award Plaintiff his attorneys' fees and costs;

e.   Award Plaintiff all recoverable interest; and

f.   Award any other relief this Honorable Court deems just and proper.

## COUNT IV
### MINIMUM WAGE VIOLATION AGAINST
### DEFENDANT TACOS DAVIE UNDER THE FLSA

47.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

48.     Defendant was Plaintiff's employer under the FLSA.

49.     During the relevant time period, Plaintiff worked numerous hours that were not compensated at the federal statutory minimum wage rate given the illegal deductions and theft of Plaintiff's earnings.

50.     As such, Plaintiff is owed back pay for hours worked.

51.     Additionally, Defendant liable for double the amounts owed as liquidated damages under the FLSA as a result of the intentional and willful violation of the FLSA.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

**WHEREFORE,** Plaintiff respectfully requests that the Court:

    a.  Enter judgment against Defendant Tacos Davie under the FLSA;

    b.  Award Plaintiff actual damages for the unpaid minimum wages;

    c.  Award Plaintiff liquidated damages;

    d.  Award Plaintiff attorneys' fees and costs;

    e.  Award Plaintiff all recoverable interest; and

    f.  Award any other relief this Honorable Court deems just and proper.

**COUNT V**
**MINIMUM WAGE VIOLATION AGAINST**
**DEFENDANT CEDENO UNDER THE FLSA**

52.    Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

53.    Defendant was Plaintiff's direct employer, joint employer, and/or co-employer under the FLSA.

54.    During the relevant time period, Plaintiff worked numerous hours that were not compensated at the federal statutory minimum wage rate given the illegal deductions and theft of Plaintiff's earnings.

55.    As such, Plaintiff is owed back pay for hours worked.

56.    Additionally, Defendant liable for double the amounts owed as liquidated damages under the FLSA as a result of the intentional and willful violation of the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

    a.  Enter judgment against Defendant Cedeno under the FLSA;

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

    b.  Award Plaintiff actual damages for the unpaid minimum wages;

    c.  Award Plaintiff liquidated damages;

    d.  Award Plaintiff attorneys' fees and costs;

    e.  Award Plaintiff all recoverable interest; and

    f.  Award any other relief this Honorable Court deems just and proper.

**COUNT VI**
**MINIMUM WAGE VIOLATION AGAINST**
**DEFENDANT PALUMBI UNDER THE FLSA**

57.  Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

58.  Defendant was Plaintiff's direct employer, joint employer, and/or co-employer under the FLSA.

59.  During the relevant time period, Plaintiff worked numerous hours that were not compensated at the federal statutory minimum wage rate given the illegal deductions and theft of Plaintiff's earnings.

60.  As such, Plaintiff is owed back pay for hours worked.

61.  Additionally, Defendant liable for double the amounts owed as liquidated damages under the FLSA as a result of the intentional and willful violation of the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

    a.  Enter judgment against Defendant Palumbi under the FLSA;

    b.  Award Plaintiff actual damages for the unpaid minimum wages;

    c.  Award Plaintiff liquidated damages;

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

    d. Award Plaintiff attorneys' fees and costs;

    e. Award Plaintiff all recoverable interest; and

    f. Award any other relief this Honorable Court deems just and proper.

**COUNT VII**
**VIOLATION OF THE FLORIDA MINIMUM WAGE ACT**
**BY DEFENDANT TACOS DAVIE, CO.**

62. Plaintiff re-alleges and incorporate by reference the allegations in paragraphs 1 through 56 above as if fully set forth herein.

63. During her employment period, Plaintiff worked hours for Defendant Tacos Davie wherein Defendant failed to tender Plaintiff at least the prevailing statutory wage rate. As such, Plaintiff is owed back pay for hours worked.

64. In addition, Defendant Tacos Davie is liable for double the amounts owed as liquidated damages under the FMWA as a result of the intentional and willful violation of the FMWA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

    a. Enter judgment for Plaintiff against Defendant Tacos Davie under the FMWA;

    b. Award Plaintiff actual damages for unpaid minimum wages;

    c. Award Plaintiff liquidated damages;

    d. Award Plaintiff her attorneys' fees and costs;

    e. Award Plaintiff all recoverable interest; and

    f. Award any other relief this Honorable Court deems just and proper.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

## COUNT VIII
## <u>VIOLATION OF THE FLORIDA MINIMUM WAGE ACT</u>
## <u>BY DEFENDANT JUAN F. CEDENO</u>

65.     Plaintiff re-alleges and incorporate by reference the allegations in paragraphs 1 through 25 above as if fully set forth herein.

66.     Defendant Cedeno, in his ownership and supervisory capacity, jointly operated the corporate Defendant.

67.     At all material times, Defendant Cedeno was a person with operational control over the corporate Defendants.

68.     Defendant Cedeno jointly operated the day-to-day activities of the business, had supervisory authority over Plaintiff, had control/access to Plaintiff's records for work hours, and was partially or totally responsible for paying Plaintiff's wages.

69.     During her employment, Plaintiff worked hours in which failed to receive Plaintiff at least the prevailing statutory wage rate. As such, Plaintiff is owed back pay for hours worked.

70.     In addition, Defendant Cedeno is liable for double the amounts owed as liquidated damages under the FMWA as a result of the intentional and willful violation of the FMWA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.     Enter judgment for Plaintiff against Defendant Cedeno under the FMWA;

b.     Award Plaintiff actual damages for unpaid minimum wages;

c.     Award Plaintiff liquidated damages;

  d.  Award Plaintiff her attorneys' fees and costs;

  e.  Award Plaintiff all recoverable interest; and

  f.  Award any other relief this Honorable Court deems just and proper.

**COUNT IX**
**<u>VIOLATION OF THE FLORIDA MINIMUM WAGE ACT</u>**
**<u>BY DEFENDANT JILL T. TOROSSI PALUMBI</u>**

71. Plaintiffs re-allege and incorporate by reference the allegations in paragraphs 1 through 25 above as if fully set forth herein.

72. Defendant Palumbi, in her ownership and supervisory capacity, jointly operated the corporate Defendant.

73. At all material times, Defendant Palumbi was a person with operational control over the corporate Defendants.

74. Defendant Palumbi jointly operated the day-to-day activities of the business, had supervisory authority over Plaintiff, had control/access to Plaintiff's records for work hours, and was partially or totally responsible for paying Plaintiff's wages.

75. During her employment, Plaintiff worked hours in which failed to receive Plaintiff at least the prevailing statutory wage rate. As such, Plaintiff is owed back pay for hours worked.

76. In addition, Defendant Palumbi is liable for double the amounts owed as liquidated damages under the FMWA as a result of the intentional and willful violation of the FMWA.

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.      Enter judgment for Plaintiff against Defendant Palumbi under the FMWA;

b.      Award Plaintiff actual damages for unpaid minimum wages;

c.      Award Plaintiff liquidated damages;

d.      Award Plaintiff her attorneys' fees and costs;

e.      Award Plaintiff all recoverable interest; and

f.      Award any other relief this Honorable Court deems just and proper.

## JURY TRIAL

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

Dated: April 11, 2022.

Respectfully submitted,

By: **/s/ J. Freddy Perera**
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com
Alexander T. Harne, Esq.
Florida Bar No. 109482
harne@pba-law.com
**PERERA ALEMÁN**
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

**PERERA ALEMÁN**
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

Filing # 147743343 E-Filed 04/14/2022 05:00:25 PM

**IN THE 17ᵀᴴ JUDICIAL CIRCUIT COURT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE NO.**: CACE-22-005241

**NUBIA RINCON SOTO,**
and those similarly situated,

      Plaintiff(s),

**v.**

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO**, individually, and
**JILL T. TOROSSI PALUMBI**, individually,

      Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**JUAN F. CEDENO**
13040 WEST STATE ROAD 84
DAVIE, FL 33325

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or pet~~ition~~.

                 APR 18 2022
      DATED ON _____, 2022.

                         BRENDA D. FORMAN

                         By: _____
                         As Deputy Clerk

**BRENDA D. FORMAN**

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privada de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demándate o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

      J. Freddy Perera, Esq.
      Florida Bar No. 93625
      freddy@pba-law.com
      Brody M. Shulman, Esq.
      Florida Bar No. 92044
      brody@pba-law.com
      Alexander T. Harne, Esq.
      Florida Bar No. 109482
      harne@pba-law.com

Address:

      **PERERA ALEMÁN**
      12555 Orange Drive, Second Floor
      Davie, Florida 33330

Filing # 147743343 E-Filed 04/14/2022 05:00:25 PM

## IN THE 17TH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

### CASE NO.: CACE-22-005241

**NUBIA RINCON SOTO,**
and those similarly situated,

      Plaintiff(s),

**v.**

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO**, individually, and
**JILL T. TOROSSI PALUMBI**, individually,

      Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**JILL T. TOROSSI PALUMBI**
13040 WEST STATE ROAD 84
DAVIE, FL 33325

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or p    APR 18 2022

      DATED ON _____, 2022.

                      BRENDA D. FORMAN

                      By: _____

                         As

**BRENDA D. FORMAN**

Filing # 147743343 E-Filed 04/14/2022 05:00:25 PM

## IN THE 17TH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA
### CASE NO.: CACE-22-005241

**NUBIA RINCON SOTO,**
and those similarly situated,

       Plaintiff(s),

**v.**

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO**, individually, and
**JILL T. TOROSSI PALUMBI**, individually,

      Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of Complaint to Defendant:

**TACOS DAVIE, CO.**
THROUGH ITS REGISTERED AGENT:
**JILL T. TOROSSI PALUMBI**
13040 WEST STATE ROAD 84
DAVIE, FL 33325

    Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    DATED C _____APR 18 2022_____ 2022.

Brenda D. Forman

By: _____
    As Deputy Clerk

Filing # 149285867 E-Filed 05/10/2022 12:16:54 PM

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Broward** | **Circuit Court** |

Case Number: CACE-22-005241

Plaintiff:
**NUBIA RINCON SOTO**

vs.

Defendant:
**TACOS DAVIE, CO, ET AL**



OJF2022008494

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330

Received by OJF SERVICES, INC. on the 26th day of April, 2022 at 3:50 pm to be served on **TACOS DAVIE, CO. C/O REGISTERED AGENT: JILL T. TOROSSI PALUMBI, 13040 WEST STATE RD. 84, DAVIE, FL 33325**.

I, SANDRA QUINONES, do hereby affirm that on the **9th day of May, 2022** at **11:48 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JILL TOROSSI PALUMBI** as **Registered Agent** At the address of: **13040 WEST STATE RD. 84, DAVIE, FL 33325** for **TACOS DAVIE, CO. C/O REGISTERED AGENT: JILL T. TOROSSI PALUMBI**, and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**SANDRA QUINONES**
SPS #394

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022008494

Filing # 147743343 E-Filed 04/14/2022 05:00:25 PM

IN THE 17TH JUDICIAL CIRCUIT COURT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO.: CACE-22-005241

**NUBIA RINCON SOTO,**
and those similarly situated,

      Plaintiff(s),

v.

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO,** individually, and
**JILL T. TOROSSI PALUMBI,** individually,

      Defendants.

_____/

<u>**SUMMONS**</u>

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of Complaint to Defendant:

**TACOS DAVIE, CO.**
THROUGH ITS REGISTERED AGENT:
**JILL T. TOROSSI PALUMBI**
13040 WEST STATE ROAD 84
DAVIE, FL 33325

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

     DATED C _____ APR 18 2022 _____ 2022.

               Brenda D. Forman

               By: _____

               As Deputy Clerk

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 04/14/2022 05:00:25 PM.****

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com
    Alexander T. Harne, Esq.
    Florida Bar No. 109482
    harne@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive, Second Floor
    Davie, Florida 33330
    Telephone: 786-485-5232

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Filing # 149285867 E-Filed 05/10/2022 12:16:54 PM

## RETURN OF SERVICE

| State of Florida | County of Broward | Circuit Court |
|---|---|---|

Case Number: CACE-22-005241

Plaintiff:
**NUBIA RINCON SOTO**

vs.

Defendant:
**TACOS DAVIE, CO, ET AL**

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330



OJF2022008493

Received by OJF SERVICES, INC. on the 26th day of April, 2022 at 3:50 pm to be served on **JILL T. TOROSSI PALUMBI, 13040 WEST STATE RD. 84, DAVIE, FL 33325.**

I, SANDRA QUINONES, do hereby affirm that on the **9th day of May, 2022** at **11:48 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JILL T. TOROSSI PALUMBI** at the address of: **13040 WEST STATE RD. 84, DAVIE, FL 33325** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**SANDRA QUINONES**
SPS #394

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022008493

Copyright 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Filing # 149377867 E-Filed 05/11/2022 12:37:47 PM

## <u>RETURN OF SERVICE</u>

| | | |
|---|---|---|
| State of Florida | County of Broward | Circuit Court |

Case Number: CACE-22-005241

Plaintiff:
**NUBIA RINCON SOTO**

vs.

Defendant:
**TACOS DAVIE, CO, ET AL**

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330



Received by OJF SERVICES, INC. on the 26th day of April, 2022 at 3:50 pm to be served on **JUAN F. CEDENO, 13040 WEST STATE RD. 84, DAVIE, FL 33325**.

I, SANDRA QUINONES, do hereby affirm that on the **10th day of May, 2022** at **3:42 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JUAN F. CEDENO** at the address of: **13040 WEST STATE RD. 84, DAVIE, FL 33325** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).



**SANDRA QUINONES**
SPS #394

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022008492

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V 3.2l

Filing # 147743343 E-Filed 04/14/2022 05:00:25 PM

## IN THE 17TH JUDICIAL CIRCUIT COURT
## IN AND FOR BROWARD COUNTY, FLORIDA

### CASE NO.: CACE-22-005241

**NUBIA RINCON SOTO,**
and those similarly situated,

      Plaintiff(s),

v.

**TACOS DAVIE, CO.,**
**JUAN F. CEDENO**, individually, and
**JILL T. TOROSSI PALUMBI**, individually,

      Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**JUAN F. CEDENO**
**13040 WEST STATE ROAD 84**
**DAVIE, FL 33325**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      APR 18 2022
DATED ON _____, 2022.

BRENDA D. FORMAN

By: _____

As Deputy Clerk

**BRENDA D. FORMAN**

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privada de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demándate o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour dep
osser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

      J. Freddy Perera, Esq.
      Florida Bar No. 93625
      freddy@pba-law.com
      Brody M. Shulman, Esq.
      Florida Bar No. 92044
      brody@pba-law.com
      Alexander T. Harne, Esq.
      Florida Bar No. 109482
      harne@pba-law.com

Address:

      **PERERA ALEMÁN**
      12555 Orange Drive, Second Floor
      Davie, Florida 33330